# Exhibit 1



Begin forwarded message:

**From:** FBIJOBSDONOTREPLY@ic.fbi.gov
**Date:** May 15, 2021 at 6:14:47 AM EDT
**To:**
**Subject: Your Application Status**
**Reply-To:** FBIJobsDoNotReply@ic.fbi.gov



Dear ▮▮▮▮▮▮▮▮▮,

This email is to inform you of the status of your application for employment with the Federal Bureau of Investigation (FBI).

Due to the nature of the FBI's law enforcement and intelligence missions, all candidates are required to meet rigorous employment criteria. **Based on information we obtained during your application process, you do not meet the suitability standards for FBI employment. Therefore, the FBI has discontinued your employment application.**

Please note, this decision does not constitute a denial of a security clearance. If it was found that you knowingly withheld information about illegal drug use, criminal activity, or any other violation under U.S. federal law, you will not be considered for future employment with the FBI. This may also negatively affect future employment opportunities with other federal agencies.

Under the provisions of the Freedom of Information/Privacy Acts (FOIA/PA), you may request information from your application file.

If you choose to submit a request, please use our eFOIPA portal. If you have questions about how to use this system, read our frequently asked questions or send an email to foipaquestions@fbi.gov. For additional guidance on FOIA/PA, go to www.fbi.gov/foia.

Thank you for your interest in employment with the FBI.

Respectfully,

FBI Security Division

*For technical support, please sign in to your FBIJobs account and click the triple bar icon in the right hand corner. Select "Contact Us" from the drop-down menu, choose your issue, and send us a message.*



