UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>and<br>FEDERAL BUREAU OF INVESTIGATION<br><br>   Defendants. | Civil Action No. 23-01467 |

## CERTIFICATE OF SERVICE

  I hereby certify that I served the Complaint and attachments, by causing a true and correct copy of the Complaint and attachments to be sent by First Class United States mail, postage prepaid, to the following:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

Date: June 5, 2023

/s/ *James M. Becker*
James M. Becker
D.C. Bar No. 248963
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th St., Suite 3200
Philadelphia, PA 19102
james.becker@bipc.com
(215) 665-5366