# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5127**                                    **September Term, 2023**

**1:23-cv-01467-UNA**

**Filed On:** October 31, 2023

Jane Doe,

      Appellant

    v.

United States Department of Justice and
Federal Bureau of Investigation,

      Appellees

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted.  The merits of the parties' positions are so clear as to warrant summary action.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  The district court did not abuse its discretion by denying appellant's motion to proceed under a pseudonym.  See In re Sealed Case, 931 F.3d 92, 96 (D.C. Cir. 2019).  The district court expressly considered the privacy interests asserted by appellant, including her argument that those interests must be evaluated against the backdrop of disclosure restrictions contained in the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, id. § 552a.  Appellant has not shown that it was an abuse of discretion for the district court to conclude that, notwithstanding appellant's asserted privacy interests, leave to proceed under a pseudonym was unwarranted in this case.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**